# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIAS ADAMES,** | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | **CIVIL ACTION NO. 21-CV-2855** |
| | : | |
| **KEVIN PISTRO,** *et al,* | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 28th day of January, 2022, upon consideration of Plaintiff Elias Adames's Third Amended Complaint (ECF No. 16), it is **ORDERED** that:

1. The Third Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to send Adames a copy of each of the pleadings he has filed in this matter, *see* ECF Nos. 2, 8, 15 & 16.

3. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/Petrese B. Tucker**

**PETRESE B. TUCKER, J.**